In the Matter of the Accounting of TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of THOMAS F. BALFE, Deceased, Respondent. LORNA D. DEMOTT, an Infant, by NORMA L. DEMOTT, Her Mother, Acting in Her Behalf, et al., Appellants.

Argued May 20, 1946; decided June 13, 1946.

*William F. Bleakley, Alexander U. Zinke, Arthur C. Patterson, Charles W. Silver, Arthur P. West* and *George M. Northrop,* special guardian, for appellants.

*Joseph V. McKee* and *William T. Griffin* for respondent.

Order affirmed, with costs, to all parties appearing separately and filing briefs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.